ACCEPTED
03-15-00262-CV
12933141
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 4:12:26 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00262-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/27/2016 4:12:26 PM
JEFFREY D. KYLE
Clerk

*In the Court of Appeals*
*Third District of Texas — Austin*

## TEXAS ASSOCIATION OF ACUPUNCTURE AND ORIENTAL MEDICINE,
*Appellant*

**v.**

## TEXAS BOARD OF CHIROPRACTIC EXAMINERS AND PATRICIA GILBERT, EXECUTIVE DIRECTOR IN HER OFFICIAL CAPACITY,
*Appellee*

*On Appeal from 201st District Court, Travis County, Texas*
*Cause No. D-1-GN-14-000355*

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following change of address for Craig Enoch, Melissa Lorber, Shelby O'Brien, and the law firm of Enoch Kever PLLC, counsel of record in this matter, effective September 27, 2016.

> Craig T. Enoch (SBN 00000026)
> Melissa A. Lorber (SBN 24032969)
> Shelby O' Brien (SBN 24037203)
> **ENOCH KEVER PLLC**
> BridgePoint Plaza
> 5918 W. Courtyard Dr., Suite 500
> Austin, Texas  78730
> 512.615.1200 / 512.615.1198 (fax)

1

This move will not affect the email addresses or telephone numbers of the attorneys at Enoch Kever PLLC.

The undersigned attorney requests the Court and all attorneys of record in this cause make the appropriate changes in their records to reflect the new contact information and that all future correspondence, pleadings, motions, notices, and other instruments be sent to the new address and contact information.

Respectfully submitted,

By: /s/ Craig T. Enoch
    Craig T. Enoch (SBN 00000026)
     cenoch@enochkever.com
    Melissa A. Lorber (SBN 24032969)
     mlorber@enochkever.com
    Shelby O' Brien (SBN 24037203)
     sobrien@enochkever.com
    **ENOCH KEVER PLLC**
    5918 W. Courtyard Dr., Suite 500
    Austin, Texas 78730
    512.615.1200 / 512.615.1198 (fax)

**ATTORNEYS FOR TEXAS ASSOCIATION OF ACUPUNCTURE AND ORIENTAL MEDICINE**

## CERTIFICATE OF SERVICE

I certify that on September 27, 2016 this notice of change of address was electronically served on the following counsel of record:

Joe H. Thrash
Assistant Attorney General, Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
Joe.Thrash@texasattorneygeneral.gov
*Attorneys for Appellee*

    /s/ Craig T. Enoch
    Craig T. Enoch